# Court of Appeals
# of the State of Georgia

ATLANTA,   January 14, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0750.  MICHAEL JENACOVA v. JENNIFER JENACOVA.**
**A16A0753.  MICHAEL JENACOVA v. JENNIFER JENACOVA.**

Michael and Jennifer Jenacova were divorced in January 2012. Michael Jenacova subsequently filed, in the trial court, a petition to modify the alimony and child support provisions in the divorce decree and a motion to hold Jennifer Jenacova in contempt for failing to comply with several provisions in the decree. The motion for contempt was filed under the original divorce case docket number, while the modification petition was assigned a new docket number.

In a single final order dated November 19, 2014, the trial court granted Michael Jenacova's request to modify his child support obligations; denied his requests to modify his alimony and hold Jennifer Jenacova in contempt; and awarded attorney fees, costs, and expenses to Jennifer Jenacova's attorney. Michael Jenacova's notice of appeal from this order—which he filed in both trial court cases—has been docketed in this Court as Case Nos. A16A0750 and A16A0753.

The Georgia Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Todd v. Todd*, 287 Ga. 250, 251-252 (1) (703 SE2d 597) (2010). Because the underlying subject matter of both of these appeals is divorce, they are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* ___01/14/2016___
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*